Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**CAROLE J. BLANCHER,**

        Plaintiff,

vs.

Commissioner of Social Security Administration,

        Defendant.
_____

Case No. 6:14-cv-1860-JE

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $9463.00 in attorney fees, less the EAJA fees awarded of $5367.37, for a net of $4095.63 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).  Defendant shall pay this amount

to Plaintiff's counsel, Drew L. Johnson less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

        IT IS SO ORDERED this day of July __5th__, 2017.

                                     /s/ John Jelderks
                                U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff